22660. PRUITT *et al.* v. BELL.

SUTTON, J. Counsel for the defendant in error having advised the clerk of this court by letter that the "issues in this case have been settled and satisfied," and this statement having been confirmed in a letter from counsel for the plaintiffs in error to the clerk of this court, in which he admits that the questions or issues in the case have become moot, the writ of error is hereby dismissed.

*Writ of error dismissed. Jenkins, P. J., and Stephens, J., concur.*
DECIDED APRIL 5, 1933.

*Hubert F. Rawls, Colon J. Cogdell,* for plaintiffs in error.